UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-21599-CIV-ALTONAGA

**SHIPPING AND TRANSIT, LLC**,

    Plaintiff,

v.

**EDIBLE ARRANGEMENTS, LLC**,

    Defendant.

_____/

## ORDER

**THIS CAUSE** came before the Court *sua sponte*. On August 7, 2015, the Court entered an Order . . . ("Order") [ECF No. 9], requiring the parties to prepare and file a joint scheduling report, certificates of interested parties, and corporate disclosure statements by September 4, 2015. After the parties failed to comply, the Court entered the September 8 Order [ECF No. 14], requiring the parties to prepare and file a joint scheduling report and requiring Plaintiff to file a certificate of interested parties and corporate disclosure statement by September 10, 2015. The September 8 Order warned failure to comply would result in dismissal without prejudice. (*See id.*). The parties have again failed to comply. Accordingly, it is

**ORDERED AND ADJUDGED** that this case is **DISMISSED without prejudice** due to the parties' repeated violations of Court Orders. The Clerk is instructed to mark this case **CLOSED**, and any pending motions are **DENIED as moot**.

**DONE AND ORDERED** in Miami, Florida, this 11th day of September, 2015.

                                                           _____
                                                          **CECILIA M. ALTONAGA**
                                                          **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record